UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EDWARD EARL LARUE CLARK                          CIVIL ACTION

VERSUS                                           NO: 26-30

TERREBONNE PARISH CRIMINAL                       SECTION: D
JAIL COMPLEX, ET AL.

## ORDER

The Court, having considered the Complaint,[1] the record, the applicable law, the Magistrate Judge's Report and Recommendation,[2] and the failure of plaintiff, Edward Earl LaRue Clark, to file any objections to the Magistrate Judge's Report and Recommendation, and further, having given Clark additional time to file objections considering his *pro se* status, and having determined that the Report and Recommendation is neither erroneous nor contrary to law, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that Edward Earl LaRue Clark's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

New Orleans, Louisiana, April 23, 2026.

**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 1.
[2] R. Doc. 10.